UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: GEORGE W. McCLENDON and § Case No. 09-12174
LINDA J. McCLENDON § Hon. EUGENE R. WEDOFF
§ Chapter 7
§
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, 7th Floor, Chicago, IL

Any person wishing to object to any Fee Application that has not already been approved or to the Final Report, must file a written objection, serve a copy of the objection upon the trustee, any party whose Application is being challenged and the United States Trustee. A hearing on fee applications and any objection to the Final Report will be held at 10:00a.m. on September 15, 2010 in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: Clerk US Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street, Suite 910, Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: GEORGE W. McCLENDON and
LINDA J. McCLENDON

Case No. 09-12174
Hon. EUGENE R. WEDOFF
Chapter 7

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $31,776.30 |
| *and approved disbursements of* | $1,246.17 |
| *leaving a balance on hand of* [1] | $30,530.13 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Trustee* ALLAN J. DeMARS | $3,927.63 | $25.97 |
| *Attorney for trustee* ALLAN J. DeMARS | $7,788.00 | |
| *Appraiser* | | |
| *Auctioneer* | | |
| *Accountant* LOIS WEST/POPOWCER KATTEN LTD. | $1,311.50 | |
| *Special Attorney for trustee* | | |
| *Charges, U.S. Bankruptcy Court* | | |
| *Fees, United States Trustee* | | |
| Other | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | | |
| *Attorney for* | | |
| *Accountant for* | | |
| *Appraiser for* | | |
| *Other* | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $30,222.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 57.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Roundup Funding LLC | $1,203.62 | $696.03 |
| 2 | PYOD LLC as assignee of Citibank | $123.00 | $71.13 |
| 3 | Chase Bank, USA NA | $15,192.70 | $8,785.60 |
| 4 | GE Money Bank (JC Penney Rewards Mastercard) | $952.90 | $551.04 |
| 5 | PRA Receivables Mgmt, LLC as agent of Portfolio Recovery Assoc. (HSBC Bank) | $12,750.33 | $7,373.23 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street, Suite 910
Chicago, IL 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: rmarola                Page 1 of 2                   Date Rcvd: Aug 13, 2010
Case: 09-12174                 Form ID: pdf006              Total Noticed: 30
```

The following entities were noticed by first class mail on Aug 15, 2010.
```
db/jdb          George W. McClendon,    Linda J. McClendon,   15666 Gouwens Lane,    South Holland, IL 60473-1547
aty            +Charles E Glanzer,   Glanzer & Angres, P.C.,   101 W. Grand Ave., Ste. 200,
                 Chicago, IL 60654-7130
tr             +Allan J DeMars,    Spiegel & Demars,   100 W Monroe St Ste 910,    Chicago, IL 60603-1957
13751115        Chase,   PO Box 15153,   Wilmington, DE 19886-5153
13751114       +Chase,   Attn: Bankruptcy Department,   PO Box 100018,    Kennesaw, GA 30156-9204
14207092        Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13751116       +Citizens Auto Finance,    Attn Insurance Team RJW 212,   443 Jefferson Boulevard,
                 Warwick, RI 02886-1321
13751117       +Citizens Bank,   480 Jefferson Boulevard,   RJE 135,    Warwick, RI 02886-1359
13751123       +HSBC Bank,   PO Box 5253,   Carol Stream, IL 60197-5253
13751125       +Macy's,   9111 Duke Boulevard,   Mason, OH 45040-8999
13751126       +Macy's,   PO Box 88000,   Baltimore, MD 21288-0001
13751127       +NBGL-Carsons,   Household Mortgage Services,   PO Box 9068,    Brandon, FL 33509-9068
14346825       +PRA Receivables Management, Llc,    As Agent Of Portfolio Recovery Assocs.,   c/o Union,
                 POB 41067,    NORFOLK VA 23541-1067
14028695       +PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
13751128       +Sears,   PO Box 6189,   Sioux Falls, SD 57117-6189
13751129       +Sears / Citibank South Dakota,   Sears Bankruptcy Recovery,    7920 N W 110th Street,
                 Kansas City, MO 64153-1270
13751130       +Union Plus,   Po Box 80027,   Salinas, CA 93912-0027
13751131       +VIS / DSNB,   Atten: Bankruptcy,   6356 Corley Road,    Norcross, GA 30071-1704
13751136       +WFNNB / Express,   PO Box 182273,   Columbus, OH 43218-2273
13751133        Washington Mutual / Chase,   PO Box 9001123,   Louisville, KY 40290-1123
13751132        Washington Mutual / Chase,   PO Box 78104,   Phoenix, AZ 85062-8104
13751134       +Washington Mutual Mortgage,   Attn: Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
                 Jacksonville, FL 32256-6851
```

The following entities were noticed by electronic transmission on Aug 13, 2010.
```
13751112        E-mail/PDF: CBP@AGFINANCE.COM Aug 14 2010 01:58:54      American General Finance,
                 600 N Royal Avenue,    Evansville, IN 47715-2612
13751111       +E-mail/PDF: CBP@AGFINANCE.COM Aug 14 2010 01:58:54      American General Finance,   PO Box 3121,
                 Evansville, IN 47731-3121
13751118       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2010 02:02:20      DSNB Macy's,   9111 Duke Boluevard,
                 Mason, OH 45040-8999
13751121       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2010 02:02:20      GEMB / JC Penney,
                 Attn: Bankruptcy Department,    PO Box 103106,   Roswell, GA 30076-9106
13751122       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2010 02:02:20      GEMB / Sams Club,
                 Attention: Bankruptcy Department,    PO Box 103104,   Roswell, GA 30076-9104
13751124       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2010 02:02:20      JC Penney,   PO Box 981425,
                 El Paso, TX 79998-1425
14323114       +E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2010 02:02:21
                 Recovery Management Systems Corporation,    For GE Money Bank,   dba JCPENNEY REWARDS MASTERCARD,
                 25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13989755        E-mail/PDF: BNCEmails@blinellc.com Aug 14 2010 01:58:55      Roundup Funding, LLC,   MS 550,
                 PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 8
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Allan J DeMars,    Spiegel & Demars,   100 W Monroe St Ste 910,    Chicago, IL 60603-1957
13751119*      +DSNB Macy's,   9111 Duke Boluevard,   Mason, OH 45040-8999
13751135*      +Washington Mutual Mortgage,   Attn: Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
                 Jacksonville, FL 32256-6851
13751113      ##Carson Pirie Scott,    PO Box 3608,   Oak Brook, IL 60522-3608
13751120      ##+Express,   PO Box 330066,   NorthGlenn, CO 80233-8066
                                                                                   TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: rmarola              Page 2 of 2              Date Rcvd: Aug 13, 2010
Case: 09-12174                 Form ID: pdf006            Total Noticed: 30

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2010**                        **Signature:**    /s/ Joseph Speetjens